# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STATE FARM FIRE AND CASUALTY CO.,   :       CIVIL ACTION
               **Plaintiff**   :
                              :
         **v.**                        :
                              :         **09-322**
                              :
GOPHER BAROQUE ENTERPRISES, LTD.,  :
               **Defendant**   :

FILED

1 2 2010

............., Clerk
By ............., Dep. Clerk

# O R D E R

AND NOW, this 29th day of December 2010, upon consideration of Third-Party

Defendant BSH's Motion for Summary Judgment (Docket No. 37), Third-Party Plaintiff Gopher

Baroque's Opposition thereto (Docket No. 38), and BSH's Reply (Docket No. 39), it is hereby

ORDERED that BSH's Motion is GRANTED. Further, upon consideration of Third-Party

Defendant Young's Motion for Summary Judgment (Docket No. 41), Gopher Baroque's

Opposition thereto (Docket No. 44), and Young's Reply (Docket No. 48), it is hereby

ORDERED that Young's Motion is GRANTED. Finally, upon consideration of BSH's Motion

to Preclude Expert Testimony (Docket No. 40) and all briefing responsive thereto (Docket Nos.

42, 43, 46 and 47), it is hereby ORDERED that BSH's Motion is DENIED as MOOT.

BY THE COURT:

GENE E. K. PRATTER
UNITED STATES DISTRICT JUDGE